# EXHIBIT B

# Index of Register of Actions "ROA"

## SUPERIOR COURT OF CALIFORNIA
# County of SAN DIEGO

**Register of Actions Notice**

| | | | |
|---|---|---|---|
| Case Number: | 37-2021-00024676-CU-FR-CTL | Filing Date: | 06/04/2021 |
| Case Title: | BORREGO COMMUNITY HEALTH FOUNDATION vs INLAND VALLEY INVESTMENTS LLC [IMAGED] | Case Age: | 63 days |
| Case Status: | Pending | Location: | Central |
| Case Category: | Civil - Unlimited | Judicial Officer: | Katherine Bacal |
| Case Type: | Fraud | Department: | C-69 |

**Future Events**

| Date | Time | Department | Event |
|---|---|---|---|
| 11/19/2021 | 09:00 AM | C-69 | Civil Case Management Conference - Complaint |

**Participants**

| Name | Role | Representation |
|---|---|---|
| Borrego Community Health Foundation | Plaintiff | HATTON, GREGORY MACAULEY; Heck, Dan E |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES | Defendant | |
| DRP Holdings LLC | Defendant | |
| Inland Valley Investments LLC | Defendant | |
| LIGHTBOURNE, WILL | Defendant | |
| Promenade Square LLC | Defendant | |

**Representation**

| Name | Address | Phone Number |
|---|---|---|
| HATTON, GREGORY M | 12 Journey 255 Aliso Viejo CA 92656 | (949) 474-4222 |
| HECK, DAN E | 12 Journey 255 Aliso Viejo CA 92656 | (949) 474-4222, (949) 260-1181 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 06/04/2021 | Complaint filed by Borrego Community Health Foundation. Refers to: Inland Valley Investments LLC; DRP Holdings LLC; Promenade Square LLC; LIGHTBOURNE, WILL | Borrego Community Health Foundation (Plaintiff) |
| 2 | 06/04/2021 | Civil Case Cover Sheet filed by Borrego Community Health Foundation. Refers to: Inland Valley Investments LLC; DRP Holdings LLC; Promenade Square LLC; LIGHTBOURNE, WILL | Borrego Community Health Foundation (Plaintiff) |
| 3 | 06/04/2021 | Original Summons filed by Borrego Community Health Foundation. Refers to: Inland Valley Investments LLC; DRP Holdings LLC; Promenade Square LLC; LIGHTBOURNE, WILL | Borrego Community Health Foundation (Plaintiff) |
| 4 | 06/07/2021 | Summons issued. | |
| 5 | 06/04/2021 | Case assigned to Judicial Officer Bacal, Katherine. | |
| 6 | 06/07/2021 | Civil Case Management Conference scheduled for 11/19/2021 at 09:00:00 AM at Central in C-69 Katherine Bacal. | |
| 7 | 06/07/2021 | Case initiation form printed. | |
| 8 | 06/07/2021 | Amended Complaint (First) filed by Borrego Community Health Foundation. Refers to: LIGHTBOURNE, WILL; Inland Valley Investments LLC; Promenade Square LLC; DRP Holdings LLC | Borrego Community Health Foundation (Plaintiff) |
| 9 | 06/17/2021 | Proof of Service of 30-day Summons & Complaint - Substitute filed by Borrego Community Health Foundation. Refers to: DRP Holdings LLC | Borrego Community Health Foundation (Plaintiff) |

| | | | |
|---|---|---|---|
| 10 | 06/17/2021 | Proof of Service of 30-day Summons & Complaint - Substitute filed by Borrego Community Health Foundation. Refers to: Promenade Square LLC | Borrego Community Health Foundation (Plaintiff) |
| 11 | 06/17/2021 | Proof of Service of 30-day Summons & Complaint - Substitute filed by Borrego Community Health Foundation. | Borrego Community Health Foundation (Plaintiff) |
| 12 | 07/08/2021 | Notice - Other (Of Depositing of Interpleader Funds) filed by Borrego Community Health Foundation. | Borrego Community Health Foundation (Plaintiff) |
| 13 | 07/14/2021 | Notice - Other (Of Depositing of Interpleader Funds) filed by Borrego Community Health Foundation. | Borrego Community Health Foundation (Plaintiff) |
| 14 | 07/13/2021 | Stipulation - Other - Fee Due (Joint Stipulation for Leave to File Second Amended Complaint and Order) filed by Borrego Community Health Foundation; Inland Valley Investments LLC; DRP Holdings LLC; Promenade Square LLC. | Borrego Community Health Foundation (Plaintiff); Inland Valley Investments LLC (Defendant); DRP Holdings LLC (Defendant); Promenade Square LLC (Defendant) |
| 15 | 07/23/2021 | Notice - Other (of Entry of Order on Joint Stipulation for Leave of Court for Plaintiff to File Second Amended Complaint) filed by Borrego Community Health Foundation. | Borrego Community Health Foundation (Plaintiff) |
| 16 | 07/30/2021 | Amended Complaint (Second) filed by Borrego Community Health Foundation.<br>Refers to: Inland Valley Investments LLC; Promenade Square LLC; DRP Holdings LLC; LIGHTBOURNE, WILL; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES | Borrego Community Health Foundation (Plaintiff) |
| 17 | 08/04/2021 | Notice of Errata filed by Borrego Community Health Foundation. | Borrego Community Health Foundation (Plaintiff) |