# EXHIBIT B

# ROA #11

| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Gregory Macauley Hatton, Esq. | SBN: 119810<br>HATTON, PETRIE & STACKLER APC<br>12 Journey Suite 255   Aliso Viejo, CA 92656<br>TELEPHONE NO.: (949) 474-4222 | FAX NO. (949) 474-1244 | E-MAIL ADDRESS g_hatton@hattonpetrie.com<br>ATTORNEY FOR *(Name)*: Plaintiff: BORREGO COMMUNITY HEALTH FOUNDATION | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**06/17/2021** at 10:52:00 AM<br><br>Clerk of the Superior Court<br>By Candace Schaeffer, Deputy Clerk |

**SAN DIEGO/SAN DIEGO SUPERIOR COURT**
 STREET ADDRESS: 330 W. BROADWAY
 CITY AND ZIP CODE: SAN DIEGO, CA 92101-3409
 BRANCH NAME: CENTRAL DIVISION

PLAINTIFF/PETITIONER: BORREGO COMMUNITY HEALTH FOUNDATION, etc.
DEFENDANT/RESPONDENT: INLAND VALLEY INVESTMENTS, LLC, etc., et al.

CASE NUMBER:
37-2021-00024676-CU-FR-CTL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
174001/BORREGO

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☐ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **First Amended Complaint; Notice of Case Assignment and Case Management Conference**
3. a. Party served *(specify name of party as shown on documents served):*
   **INLAND VALLEY INVESTMENTS, LLC, a California limited liability company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Stephen Fitch, Esq. - Agent for Service of Process**

4. Address where the party was served: **3465 Camino del Rio S Ste 250**
   **San Diego, CA 92108-3900**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*
   b. ☑ **by substituted service.** On *(date):* **6/10/2021** at *(time):* **10:37 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **Cindy S. (refused last name) - Secretary**
   Age: 41 - 45 | Weight: 141-160 Lbs | Hair: Brown | Sex: Female | Height: 5'1 - 5'6 | Eyes: Grey | Race: Caucasian

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*   from *(city):*                               or ☑ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/OC61443

Case 3:21-cv-01417-AJB-AGS   Document 1-10   Filed 08/06/21   PageID.345   Page 3 of 4

| PETITIONER: BORREGO COMMUNITY HEALTH FOUNDATION, etc. | 37-2021-00024676-CU-FR-CTL |
| --- | --- |
| RESPONDENT: INLAND VALLEY INVESTMENTS, LLC, etc., et al. | |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date):*                                (2) from *(city):*
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. ☐ as an individual defendant.
   - b. ☐ as the person sued under the fictitious name of *(specify):*
   - c. ☐ as occupant.
   - d. ☑ On behalf of **INLAND VALLEY INVESTMENTS, LLC, a California limited liability company**
     under the following Code of Civil Procedure section:
     - ☐ 416.10 (corporation)                          ☐ 415.95 (business organization, form unknown)
     - ☐ 416.20 (defunct corporation)                  ☐ 416.60 (minor)
     - ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
     - ☐ 416.40 (association or partnership)           ☐ 416.90 (authorized person)
     - ☐ 416.50 (public entity)                        ☐ 415.46 (occupant)
                                                       ☑ other: **limited liability company**

7. **Person who served papers**
   - a. Name: **Anthony Jackson - Nationwide Legal, LLC REG: 12-234648**
   - b. Address: **901 W. Civic Center Drive, Suite# 190  Santa Ana, CA 92703**
   - c. Telephone number: **(714) 558-2400**
   - d. **The fee** for service was: **$ 314.75**
   - e. I am:
     - (1) ☐ not a registered California process server.
     - (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     - (3) ☑ registered California process server:
       - (i) ☐ owner     ☐ employee     ☐ independent contractor.
       - (ii) Registration No.: **1754**
       - (iii) County: **San Diego**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **6/10/2021**

**N** Nationwide Legal, LLC
901 W. Civic Center Drive, Suite# 190
Santa Ana, CA 92703
(714) 558-2400
www.nationwideasap.com

_____                    ▶ *(signature)*
**Anthony Jackson**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

| | |
|---|---|
| Attorney or Party without Attorney:<br>Gregory Macauley Hatton, Esq., SBN: 119810<br>HATTON, PETRIE & STACKLER APC<br>12 Journey Suite 255<br>Aliso Viejo, CA 92656          E-MAIL ADDRESS (Optional): g_hatton@hattonpetrie.com<br>TELEPHONE No.: (949) 474-4222   FAX No. (Optional): (949) 474-1244<br>Attorney for: Plaintiff BORREGO COMMUNITY HEALTH FOUNDATION | FOR COURT USE ONLY |
| Ref No. or File No.:<br>174001/BORREGO | |

Insert name of Court, and Judicial District and Branch Court:
SAN DIEGO/SAN DIEGO SUPERIOR COURT - CENTRAL DIVISION

Petitioner: BORREGO COMMUNITY HEALTH FOUNDATION, etc.
Respondent: INLAND VALLEY INVESTMENTS, LLC, etc., et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>37-2021-00024676-CU-FR-CTL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Alternative Dispute (ADR) package; First Amended Complaint; Notice of Case Assignment and Case Management Conference;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Santa Ana, California, addressed as follows:

   a. Date of Mailing:        June 10, 2021
   b. Place of Mailing:       Santa Ana, CA
   c. Addressed as follows:   INLAND VALLEY INVESTMENTS, LLC, a California limited liability company
                              ATTENTION: Stephen Fitch, Esq. - Agent for Service of Process
                              3465 Camino del Rio S Ste 250
                              San Diego, CA 92108-3900

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.

Fee for Service: $ 314.75
Nationwide Legal, LLC REG: 12-234648
901 W. Civic Center Drive, Suite# 190
Santa Ana, CA 92703
(714) 558-2400
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 10, 2021.

Signature: _LaTanya Mills_
LaTanya Mills

**PROOF OF SERVICE BY MAIL**

Order#: OC61443/mailproof