# EXHIBIT B

# ROA #12



1  HATTON, PETRIE & STACKLER APC
   Attorneys at Law
2  12 Journey, Suite 255
   Aliso Viejo, Ca. 92625
3  Telephone: (949) 474-4222

4  GREGORY M. HATTON, CAL. BAR NO. 119810
   ARTHUR R. PETRIE, II, CAL. BAR NO. 158654
5  DAN E. HECK, CAL. BAR NO. 210383
   JOHN A. McMAHON, CAL. BAR NO. 237261
6
   Attorneys for Plaintiff
7  BORREGO COMMUNITY HEALTH FOUNDATION

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           IN AND FOR THE COUNTY OF SAN DIEGO—CENTRAL DIVISION

10 BORREGO COMMUNITY HEALTH         )  Case No. 37-2021-00024676-CU-FR-CTL
   FOUNDATION, a California non-profit )
11 public benefit corporation,       )  Assigned For All Purposes To:
                                     )  Hon. Katherine Bacal,
12           Plaintiff,              )  Dept. C-69
                                     )
13      vs.                          )  NOTICE OF DEPOSITING OF INTERPLEADER
                                     )  FUNDS
14 INLAND VALLEY INVESTMENTS, LLC, a )
   California limited liability company; DRP )  Action Filed: June 4, 2021
15 HOLDINGS, LLC, a California limited )  Trial Date: N/A
   liability company; PROMENADE SQUARE, )
16 LLC, a California limited liability company; )
   WILL LIGHTBOURNE, Director,       )
17 CALIFORNIA DEPARTMENT OF HEALTH )
   CARE SERVICES; and DOES 1 through 50, )
18 inclusive,                        )
                                     )
19           Defendants.              )
                                     )
20                                   )

21      TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF

22 RECORD:

23      Plaintiff Borrego Community Health Foundation ("BCHF") hereby gives notice that BCHF is

24 depositing the checks described below with the Clerk of the San Diego County Superior Court

25 pursuant to Code of Civil Procedure section 386 and the seventh cause of action for Interpleader in

26 the First Amended Complaint filed June 7, 2021 (ROA No. 8).

27      BCHF is depositing the following two checks for interpleader purposes in this matter as

28 follows:

- 1 -

NOTICE OF DEPOSITING OF INTERPLEADER FUNDS

➢ City National Bank Check No. **79960** in the amount of **$300,843.75** (memo line "Prom. Sq. LLC 1/21-7/21 FMR net") which, in the absence of competing claims on the $300,843.75, is the amount plaintiff BCHF believes would be due and owing under its lease with defendant **PROMENADE SQUARE, LLC** for the period of January 1, 2021 through July 31, 2021.

➢ City National Bank Check No. **79959** in the amount of **$70,518.35** (memo line "DRP LLC 1/21-7/21 FMR net") which, in the absence of competing claims on the $70,518.35, is the amount plaintiff BCHF believes would be due and owing under its lease with defendant **DRP HOLDINGS, LLC** for the period of January 1, 2021 through July 31, 2021.

*Copies of both checks are attached as Exhibit A.*

The deposited checks are based on the following Fair Market Rent (FMR) values calculated utilizing the independent FMR appraisal analysis performed at the recommendation of a regulatory agency authorized to oversee BCHF's continuing operations.

Borrego Community Health Foundation
Summary of Rent Payments Due
For the Seven Months January 1, 2021 to 7/31/2021
Fair Market Value Basis

| | |
|---|---|
| NET FMR DUE ON ALL 3 LEASES *COMBINED* 1.1.21 to 7.31.21 | |
| Total Combined FMR on all three leases (Promenade [El Cajon clinic], DRP [San Bernardino clinic], and Inland Valley [Barstow clinic]) 1.1.21 through 7.31.21 | $852,418.35 |
| Total Payments Made to Date for 2021 Rent | ($499,058.00) |
| Total Amount Due 1.1.21 to 7.31.21 | $353,360.35 |

(Allocations to each of the leases on next page)

- 2 -

NET FMR DUE ON
*EACH* LEASE
1.1.21 to 7.31.21

| | |
|---|---:|
| Payment Due to Promenade Square - El Cajon | $300,843.75 |
| Amount Due to DRP Holdings, LLC - San Bernardino | $70,518.35 |
| *Overpayment* to Inland Valley Investments, LLC - Barstow | ($18,001.75) |
| | $353,360.35 |

BCHF is not interpleading funds for the Barstow, California location under the lease with Inland Valley Investments, LLC on the grounds that BCHF is still in overpayment on the lease with Inland Valley, based on the independent FMR appraisal performed for BCHF.

Dated: July 7, 2021            HATTON, PETRIE & STACKLER

By: _____
Gregory M. Hatton
Arthur R. Petrie, II
Dan E. Heck
John McMahon
Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION

- 3 -

NOTICE OF DEPOSITING OF INTERPLEADER FUNDS

**BORREGO**HEALTH
**Borrego Community Health Foundation**
General Checking Account
PO Box 2369
Borrego Springs, CA, 92004-2369
(760) 767-5051

**CITY NATIONAL BANK**
Commercial Banking Center
909-276-6900
3484 Central Avenue
Riverside, California 92506

16-1606/1220

79960

79960

7/2/2021

PAY TO THE ORDER OF: Superior Court for the County of San Diego    $ **$300,843.75

Three hundred thousand eight hundred forty-three and 75/100*********************************** DOLLARS

PROMENADE SQUARE, LLC
124 West Main St. Suite 240
El Cajon CA 92020
United States

MEMO SDSC Case No. 37-2021-00024676-CU-FR-CTL
Prom Sq. LLC 1/21 - 07/21 FMR net

AUTHORIZED SIGNATURE

---

**BORREGO**HEALTH
**Borrego Community Health Foundation**
General Checking Account
PO Box 2369
Borrego Springs, CA, 92004-2369
(760) 767-5051

**CITY NATIONAL BANK**
Commercial Banking Center
909-276-6900
3484 Central Avenue
Riverside, California 92506

16-1606/1220

79959

79959

7/2/2021

PAY TO THE ORDER OF: Superior Court for the County of San Diego    $ **$70,518.35

Seventy thousand five hundred eighteen and 35/100*********************************** DOLLARS

DRP HOLDINGS LLC
124 Main Street, Suite 240
El Cajon CA 92020
United States

MEMO SDSC Case No. 37-2021-00024676-CU-FR-CTL
DRP LLC 1/21 - 7/21 FMR net

AUTHORIZED SIGNATURE

**EXHIBIT A**

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 12 Journey, Suite 255, Aliso Viejo, CA 92656.

On the date indicated below, I served the foregoing document described as:

➢ **NOTICE OF DEPOSITING OF INTERPLEADER FUNDS**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Laura Gantney, Esq.
John S. Kyle, Esq.
KYLE HARRIS LLP
2305 Historic Decatur Road, Suite 100
San Diego, CA 92106

Attorneys for DEFENDANTS:
INLAND VALLEY INVESTMENTS, LLC
DRP HOLDINGS, LLC
PROMENADE SQUARE, LLC

Courtesy copy to:
Frank Stevens, DCHS Independent Monitor

[X]   (US MAIL)   I caused such envelope to be placed for collection in the US Mail box at the address above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 7, 2021, at Aliso Viejo, California.

_____
M.J. Soza

PROOF OF SERVICE