# EXHIBIT B

# ROA #13

ORIGINAL

FILED
Clerk of the Superior Court
JUL 1 4 2021
By: M. Dietenhofer, Deputy

HATTON, PETRIE & STACKLER APC
Attorneys at Law
12 Journey, Suite 255
Aliso Viejo, Ca. 92625
Telephone: (949) 474-4222

GREGORY M. HATTON, CAL. BAR NO. 119810
ARTHUR R. PETRIE, II, CAL. BAR NO. 158654
DAN E. HECK, CAL. BAR NO. 210383
JOHN A. McMAHON, CAL. BAR NO. 237261

Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN DIEGO—CENTRAL DIVISION

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 37-2021-00024676-CU-FR-CTL <br><br> Assigned For All Purposes To: <br> Hon. Katherine Bacal, <br> Dept. C-69 <br><br> NOTICE OF DEPOSITING OF INTERPLEADER FUNDS <br><br> Action Filed: June 4, 2021 <br> Trial Date: N/A |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Borrego Community Health Foundation ("BCHF") hereby gives notice that BCHF is depositing the checks described below with the Clerk of the San Diego County Superior Court pursuant to Code of Civil Procedure section 386 and the seventh cause of action for Interpleader in the First Amended Complaint filed June 7, 2021 (ROA No. 8).

BCHF is depositing the following two checks for interpleader purposes in this matter as follows:

- 1 -

NOTICE OF DEPOSITING OF INTERPLEADER FUNDS

1. ➤ City National Bank Check No. 79980 in the amount of $17,008.64 (memo line "DRP Holding, LLC CAM Jan 21-July 21 – 10% of FMV"), which, in the absence of competing claims on the $17,008.64, is the amount BCHF believes would be due and owing under its lease with DRP Holding, LLC for Common Area Maintenance ("CAM") for the period January 21, 2021 through July 21, 2021. The $17,008.64 was inadvertently omitted from Check No. 79960 deposited on July 8, 2021.

2. ➤ City National Bank Check No. 79981 in the amount of $50,806.88 (memo line "Promenade Square, LLC CAM Jan 21-July 21 – 10% of FMV"), which, in the absence of competing claims on the $50,806.88, is the amount BCHF believes would be due and owing under its lease with Promenade Square, LLC for CAM for the period January 21, 2021 through July 21, 2021. The $50,806.88 was inadvertently omitted from Check No. 79959 deposited on July 8, 2021.

Attached hereto as Exhibit 1 is a copy of both checks.

The deposited checks are based on the following Fair Market Rent (FMR) values calculated utilizing the independent FMR appraisal analysis performed at the recommendation of a regulatory agency authorized to oversee BCHF's continuing operations.

<div style="text-align:center">
Borrego Community Health Foundation
Summary of Rent payments due on July 1, 2021
For the Seven Months January 1, 2021 to 7/31/2021
Fair Market Value Basis
</div>

| | |
|---|---:|
| Total Combined Fair Market Rent Computed | $852,418.35 |
| 10 % CAM | $85,241.84 |
| Total Payments Made prior to 7/8/2021 | ($499,058.00) |
| Total deposits made on 7/8/2021 | ($371,362.10) |
| Balance Still Due   As of 7/13/2021 | $67,240.09 |

| | | |
|---|---:|---:|
| Revised Amount Due to Promenade Square - El Cajon (includes CAM) | $351,650.63 | |
| Amount paid to court 7/8/2021 | ($300,843.75) | |
|     Balance Still Due to Promenade Square, LLC on rent through 7/31/21 (including CAM) | | $50,806.88 |
| Amount Due to DRP Holdings, LLC - San Bernardino (includes CAM) | $87,526.99 | |
| Amount paid to court 7/8/2021 | ($70,518.35) | |
|     Balance Still Due to DRP Holdings, LLC on rent through 7/31/21 (including CAM) | | $17,008.64 |
| Overpayment to Inland Valley Investments, LLC - Barstow (includes CAM) | ($575.42) | |
| Amount paid to court 7/8/2021 | $0.00 | |
|     Balance Still Due to Promenade Square, LLC | | ($575.42) |
| Balance Still Due    As of 7/13/2021 | | $67,240.09 |

\*\*\*

BCHF is not interpleading funds for the Barstow, California location under the lease with Inland Valley Investments, LLC concerning CAM on the grounds that BCHF is still in overpayment on the lease with Inland Valley, based on the independent FMR appraisal performed for BCHF.

Dated: July 13, 2021        HATTON, PETRIE & STACKLER

By: _/s/ Dan E. Heck_
     Gregory M. Hatton
     Arthur R. Petrie, II
     Dan E. Heck
     John McMahon
     Attorneys for Plaintiff
     BORREGO COMMUNITY HEALTH FOUNDATION

(Digitally signed by Dan E. Heck, Date: 2021.07.13 13:54:31 -07'00')

# EXHIBIT 1



79980

**BORREGOHEALTH**

**Borrego Community Health Foundation**
General Checking Account
PO Box 2369
Borrego Springs, CA, 92004-2369
(760) 767-5051

CITY NATIONAL BANK
Commercial Banking Center
909-276-8800
3484 Central Avenue
Riverside, California 92506

16-1606/1220

79980

7/12/2021

PAY TO THE ORDER OF Superior Court for the County of San Diego $ **$17,008.64

Seventeen thousand eight and 64/100************************************* DOLLARS

Security features. Details on back.

DRP HOLDINGS LLC
124 Main Street, Suite 240
El Cajon CA 92020
United States

AUTHORIZED SIGNATURE

MEMO
DRP Holding, LLC CAM Jan 21 - July 21 - 10% of FMV

[redacted] [redacted] [redacted]

79981

**BORREGOHEALTH**

**Borrego Community Health Foundation**
General Checking Account
PO Box 2369
Borrego Springs, CA, 92004-2369
(760) 767-5051

CITY NATIONAL BANK
Commercial Banking Center
909-276-8800
3484 Central Avenue
Riverside, California 92506

16-1606/1220

79981

7/12/2021

PAY TO THE ORDER OF Superior Court for the County of San Diego $ **$50,806.88

Fifty thousand eight hundred six and 88/100************************************* DOLLARS

Security features. Details on back.

PROMENADE SQUARE, LLC
124 West Main St. Suite 240
El Cajon CA 92020
United States

AUTHORIZED SIGNATURE

MEMO
Promenade Square, LLC CAM Jan 21 - July 21 - 10% of FMV

[redacted] [redacted] [redacted]

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 12 Journey, Suite 255, Aliso Viejo, CA 92656.

On the date indicated below, I served the foregoing document described as:

<u>NOTICE OF DEPOSITING OF INTERPLEADER FUNDS</u>

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Jeffrey B. Harris<br>John S. Kyle<br>Laura K. Gantney<br>KYLE HARRIS LLP<br>2305 Historic Decatur Road, Suite 100<br>San Diego, CA 92106 | Attorneys for Defendants INLAND VALLEY INVESTMENTS, LLC, DRP HOLDINGS, LLC, and PROMENADE SQUARE, LLC |

Email courtesy copy to:
Frank Stevens, DHCS Independent Monitor

(BY U.S. MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Aliso Viejo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed July 13, 2021, at Aliso Viejo, California.

*[Signature]*
Digitally signed by Dan E. Heck
Date: 2021.07.13 13:54:47 -07'00'

Dan E. Heck