**EXHIBIT B**

**ROA #15**

|   |   |
|---|---|
| 1 | HATTON, PETRIE & STACKLER APC |
|   | Attorneys at Law |
| 2 | 12 Journey, Suite 255 |
|   | Aliso Viejo, Ca. 92625 |
| 3 | Telephone: (949) 474-4222 |
| 4 | GREGORY M. HATTON, CAL. BAR NO. 119810 |
|   | ARTHUR R. PETRIE, II, CAL. BAR NO. 158654 |
| 5 | DAN E. HECK, CAL. BAR NO. 210383 |
|   | JOHN A. McMAHON, CAL. BAR NO. 237261 |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | BORREGO COMMUNITY HEALTH FOUNDATION |

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR THE COUNTY OF SAN DIEGO—CENTRAL DIVISION

BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,

    Plaintiff,

vs.

INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and DOES 1 through 50, inclusive,

    Defendants.

Case No. 37-2021-00024676-CU-FR-CTL

Assigned For All Purposes To:
Hon. Katherine Bacal,
Dept. C-69

NOTICE OF ENTRY OF ORDER ON JOINT STIPULATION FOR LEAVE OF COURT FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

Action Filed: June 4, 2021
Trial Date: N/A

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE of the attached Order, entered July 15, 2021, on the parties' Joint Stipulation for Leave of Court for Plaintiff to File Second Amended Complaint.

Dated: July 23, 2021    HATTON, PETRIE & STACKLER

             By: /s/ Dan E. Heck
               (Digitally signed by Dan E. Heck, Date: 2021.07.23 12:43:36 -07'00')
             Gregory M. Hatton
             Arthur R. Petrie, II
             Dan E. Heck
             John McMahon
             Attorneys for Plaintiff
             BORREGO COMMUNITY HEALTH FOUNDATION

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
**07/13/2021** at 11:31:00 AM
Clerk of the Superior Court
By Melissa Reyes, Deputy Clerk

1  **HATTON, PETRIE & STACKLER APC**
   Attorneys at Law
2  12 Journey, Suite 255
   Aliso Viejo, Ca. 92625
3  Telephone: (949) 474-4222

4  **GREGORY M. HATTON, CAL. BAR NO. 119810**
   **ARTHUR R. PETRIE, II, CAL. BAR NO. 158654**
5  **DAN E. HECK, CAL. BAR NO. 210383**
   **JOHN A. McMAHON, CAL. BAR NO. 237261**
6
   Attorneys for Plaintiff
7  BORREGO COMMUNITY HEALTH FOUNDATION

8  Jeffrey B. Harris, Esq. (SBN 202422)
   John S. Kyle, Esq. (SBN 199196)
9  Laura K. Gantney, Esq. (SBN 199297)
   KYLE HARRIS LLP
10 2305 Historic Road, Suite 100
   San Diego, CA 92106
11 Tel: (619) 600-0086

12 Attorneys for Defendants
   INLAND VALEY INVESTMENTS, LLC, DRP HOLDINGS, LLC
13 and PROMENADE SQUARE, LLC

14
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
15
              IN AND FOR THE COUNTY OF SAN DIEGO—CENTRAL DIVISION
16

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 37-2021-00024676-CU-FR-CTL<br><br>Assigned for all purposes to:<br>Hon. Katherine Bacal<br>Dept. C-69<br><br>**JOINT STIPULATION FOR LEAVE OF COURT FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**<br><br>Complaint filed: June 4, 2021<br>Trial: N/A<br><br>Hon Katherine A. Bacal<br>Dept C-69 |

   Plaintiff Borrego Community Health Foundation ("BCHF") and Defendants Inland Valley

- 1 -

JOINT STPULATION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER THEREON

Investments, LLC, DRP Holdings, LLP, and Promenade Square, LLC (collectively, "Defendants"), by and through their respective counsel of record, enter into the stipulation below based on the following:

WHEREAS, BCHF filed this matter on June 4, 2021, and later filed a First Amended Complaint on June 7, 2021;

WHEREAS, Defendant Will Lightbourne, Director, California Department of Health Care Services ("Lightbourne") has not yet been served in this matter;

WHEREAS, Plaintiff and Defendants met and conferred pursuant to Code of Civil Procedure section 430.41, and as a result Defendants agreed to allow BCHF leave to file a Second Amended Complaint for the sake of judicial economy; and

WHEREFOR, Plaintiff and Defendants stipulate as follows:

1. BCHF shall be allowed leave to file a Second Amended Complaint, subject to the Court's determination;
2. BCHF shall file a Second Amended Complaint within 5 court days of notice of the Court's entry of an order on this stipulation; and
3. Defendants shall have 30 days from the date of service of the Second Amended Complaint to file a response thereto.

IT IS SO STIPULATED.

Dated: July 12, 2021                    HATTON, PETRIE & STACKLER, APC

By: *Arthur Petrie*
Gregory M. Hatton
Arthur R. Petrie, II
Dan E. Heck
John McMahon
Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION

Dated: July 12, 2021

KYLE HARRIS, LLP

By: _____
Jeffrey B. Harris
John Kyle
Laura Gantney
Attorneys for Defendants
INLAND VALLEY INVESTMENTS, LLC, DRP HOLDINGS, LLC, and PROMENADE SQUARE, LLC

## ORDER

In accordance with the above Stipulation, IT IS HEREBY ORDERED that:

1) BCHF is granted leave to file a Second Amended Complaint;

2) BCHF shall file a Second Amended Complaint within 5 court days of notice of the Court's entry of this Order; and

3) Defendants shall have 30 days from the date of service of the Second Amended Complaint to file a response thereto.

**IT IS SO ORDERED.**

Dated: 7-15-21

By: _____
Honorable Katherine A. Bacal
Judge of the Superior Court

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 12 Journey, Suite 255, Aliso Viejo, CA 92656.

On the date indicated below, I served the foregoing document described as:

<u>JOINT STIPULATION FOR LEAVE OF COURT FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER THEREON</u>

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Jeffrey B. Harris
John S. Kyle
Laura K. Gantney
KYLE HARRIS LLP
2305 Historic Decatur Road, Suite 100
San Diego, CA 92106

Attorneys for Defendants INLAND VALLEY INVESTMENTS, LLC, DRP HOLDINGS, LLC, and PROMENADE SQUARE, LLC

Email courtesy copy to:
Frank Stevens, DCHS Independent Monitor

(BY U.S. MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Aliso Viejo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed July 13, 2021, at Aliso Viejo, California.



Digitally signed
by Dan E. Heck
Date: 2021.07.13
11:24:35 -07'00'

Dan E. Heck

PROOF OF SERVICE

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 12 Journey, Suite 255, Aliso Viejo, CA 92656.

On the date indicated below, I served the foregoing document described as:

<u>NOTICE OF ENTRY OF ORDER ON JOINT STIPULATION FOR LEAVE OF COURT FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT</u>

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Jeffrey B. Harris<br>John S. Kyle<br>Laura K. Gantney<br>KYLE HARRIS LLP<br>2305 Historic Decatur Road, Suite 100<br>San Diego, CA 92106 | Attorneys for Defendants INLAND VALLEY INVESTMENTS, LLC, DRP HOLDINGS, LLC, and PROMENADE SQUARE, LLC |

Email courtesy copy to:
Frank Stevens, DHCS Independent Monitor

(BY U.S. MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Aliso Viejo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed July 23, 2021.

*/s/ Dan E. Heck*
Digitally signed by Dan E. Heck
Date: 2021.07.23 12:43:54 -07'00'

_____
Dan E. Heck