# EXHIBIT C

Jeffrey B. Harris, Esq. (SBN 202422)
jharris@klhipbiz.com
John S. Kyle, Esq. (SBN 199196)
jkyle@klhipbiz.com
Laura K. Gantney, Esq. (SBN 199297)
lgantney@klhipbiz.com
KYLE HARRIS LLP
2305 Historic Decatur Road, Suite 100
San Diego, CA 91206
Tel: (619) 600-0086

Attorneys for Defendants
DRP HOLDINGS, LLC;
INLAND VALLEY INVESTMENTS, LLC; AND PROMENADE SQUARE, LLC

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO.: 37-2021-00024676-CU-FR-CTL<br><br>**DEFENDANT DRP HOLDINGS, LLC'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Hon. Katherine Bacal<br>Dept. C-69 |

---

DEFENDANT DRP HOLDINGS, LLC'S NOTICE OF REMOVAL TO FEDERAL COURT

**TO PLAINTIFF, PLANTIFF'S COUNSEL OF RECORD, AND THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN DIEGO:**

**PLEASE TAKE NOTICE** that on August 6, 2021, Defendant DRP Holdings, LLC filed a Notice of Removal of this action in the United States District Court for the Southern District of California. A true and correct copy of said Notice of Removal is attached hereto as Exhibit A and is served and filed herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of said Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: August 6, 2021                    KYLE HARRIS LLP

By: _____
Jeffrey B. Harris, Esq.
John S. Kyle, Esq.
Laura K. Gantney, Esq.
KYLE HARRIS LLP

Attorneys for Defendants
DRP HOLDINGS, LLC;
INLAND VALLEY INVESTMENTS, LLC; AND PROMENADE SQUARE, LLC

# EXHIBIT A

```
 1  John S. Kyle, Esq. (SBN 199196)
    jkyle@klhipbiz.com
 2  Jeffrey B. Harris, Esq. (SBN 202422)
    jharris@klhipbiz.com
 3  Laura K. Gantney, Esq. (SBN 199297)
    lgantney@klhipbiz.com
 4  KYLE HARRIS LLP
    2305 Historic Decatur Road, Suite 100
 5  San Diego, CA  91206
    Tel:   (619) 600-0086
 6
    Attorneys for Defendants
 7  DRP HOLDINGS, LLC; INLAND
    VALLEY INVESTMENTS, LLC; and
 8  PROMENADE SQUARE, LLC
 9
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, California Department of Healthcare Services; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL BY DEFENDANT DRP HOLDINGS, LLC** |

**DEFENDANT DRP HOLDINGS, LLC'S NOTICE OF REMOVAL**

NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant DRP Holdings, LLC ("DRP"), by and through its attorney, hereby removes to this Court the state court action described below.

## PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL

1. On June 4, 2021, an action was commenced in the Superior Court of the State of California in and for the County of San Diego, entitled *Borrego Community Health Foundation v. Inland Valley Investments, LLC, et al.*, as case number 37-2021-00024676-CU-FR-CTL ("State Court Action"). DRP attaches a copy of the Register of Actions ("ROA") reflecting all filings and actions taken in the State Court Action as of August 6, 2021, a true and correct copy of which is attached to this Notice starting at the first page of Exhibit B. A true and correct copy of the original Complaint is attached to this Notice as Exhibit B at ROA #1. The original Complaint was never served on DRP.

2. On or about June 7, 2021, Plaintiff Borrego Community Health Foundation ("Plaintiff") filed in the State Court Action a First Amended Complaint ("FAC"), a true and correct copy of which is attached to this Notice as Exhibit B at ROA #8.[1]

3. On or about June 10, 2021, DRP was served with Summons and the FAC by substituted service. Likewise, on or about June 10, 2021, Defendant Inland Valley Investments, LLC ("Inland Valley") and Defendant Promenade Square, LLC ("Promenade Square") were served with Summons and the FAC by substituted service. True and correct copies of the Proofs of Service of Summons reflecting service of the Summons and FAC on DRP, Inland Valley and Promenade Square are attached to this Notice as Exhibit B at ROA #9, ROA #10 and ROA #11.

---

[1] The pleadings, orders and/or actions reflected at ROA numbers 2 through 7, 12, 13 and 17 are included in Exhibit B attached hereto, but are not specifically addressed in this Notice because they have no direct bearing on removal.

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106

4.    Between July 2, 2021 and July 14, 2021, counsel for Plaintiff and DRP met and conferred about certain deficiencies in the FAC.  Plaintiff agreed to file a Second Amended Complaint in an effort to cure such deficiencies.  On or about July 13, 2021, Plaintiff filed a Joint Stipulation for Leave of Court For Plaintiff To File Second Amended Complaint, a true and correct copy of which is attached to this Notice as Exhibit B at ROA #14.  On or about July 15, 2021 the judge of the San Diego Superior Court signed the Joint Stipulation and made it an order of the court, a true and correct copy of which is attached to this Notice as Exhibit B at ROA #15.

5.    On or about July 30, 2021, Plaintiff filed in the State Court Action a Second Amended Complaint ("SAC"), a true and correct copy of which is attached to this Notice as Exhibit B at ROA #16.  In the SAC, Plaintiff asserts for the first time a claim under 18 U.S.C. § 1962(c), violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO").  Prior to the filing of the SAC, Plaintiff had not alleged any claims which would confer jurisdiction in the federal courts.

6.    On or about July 30, 2021, DRP, Inland Valley and Promenade Square were served with the SAC at the offices of undersigned counsel by overnight delivery. A true and correct copy of the Proof of Service of the SAC is attached as the final page of the SAC, attached to this Notice as Exhibit B at ROA #16.  This Notice of Removal is timely, as it is filed within thirty days after service of the SAC pursuant to 28 U.S.C. § 1446(b).

7.    The California Superior Court for the County of San Diego is located within the Southern District of California.  28 U.S.C. § 84(d).  This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. § 1441(a).

8.    True and correct copies of all process, pleadings, and orders served on DRP in the State Court Action are included in Exhibit B at ROA #1 through ROA #17 to this Notice.

/ / /

9. Attached to this Notice of Removal as Exhibit A is a Civil Cover Sheet relating to this Notice.

10. The undersigned counsel hereby certifies that DRP will file with the Clerk of the Superior Court of California, County of San Diego, a Notice of Removal To Federal Court, with a true and correct copy of this Notice of Removal, as required by 28 U.S.C. § 1446(d). A true and correct copy of DRP's Notice of Removal to Federal Court that DRP will file with the Clerk of the Superior Court of California is attached hereto as Exhibit C (to avoid redundancy, Exhibit C attached here does not include the exhibits that are attached to this Notice of Removal). The undersigned counsel further certifies that pursuant to 28 U.S.C. § 1446(d), DRP will serve counsel for Plaintiff with (a) a copy of the Notice of Removal To Federal Court that DRP files with the Clerk of the Superior Court of California, County of San Diego, and (b) a copy of this Notice of Removal.

## BASIS FOR REMOVAL

11. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by DRP pursuant to the provisions of 28 U.S.C. § 1441(a) in that it contains a claim which arises under a federal statute, 18 U.S.C. § 1962(c), commonly known as RICO. *Emrich v. Touche Ross & Co.,* 846 F.2d 1190, 1195-1196 (9th Cir. 1988). Specifically, Plaintiff alleges in its Ninth Cause of Action in the SAC a claim against Defendants DRP; Inland Valley, and Promenade Square (to whom Plaintiff's SAC refers collectively as the "Priest LLCs") for violating 18 U.S.C. § 1962(c). Neither this claim nor any other claim giving rise to this Court's jurisdiction was present in Plaintiff's original Complaint or its FAC. [*Compare* Exhibit B at ROA #1 (original Complaint) and Exhibit B at ROA #8 (FAC) *with* Exhibit B at ROA #16 (SAC).]

12. This Court additionally has pendent jurisdiction over Plaintiff's asserted state law claims pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1367.

*Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1195-1196 (9th Cir. 1988).

## ALL OTHER SERVED DEFENDANTS CONSENT TO AND JOIN IN THE NOTICE OF REMOVAL

13. The undersigned counsel hereby certifies that all other Defendants in the State Court Action that have been served with the Summons and the SAC consent to this removal and have joined in this Notice of Removal, as further evidenced by the Joinder In Notice of Removal of Action to be filed by Defendants Inland Valley and Promenade Square. The undersigned is counsel of record for Defendants DRP, Inland Valley and Promenade Square.

## THE ONLY DEFENDANT WHO HAS NOT JOINED HAS NOT BEEN SERVED SUMMONS OR PROCESS OF ANY KIND, AND PER THE ALLEGATIONS OF THE SAC IS ALIGNED WITH PLAINTIFF AND A NOMINAL DEFENDANT ONLY

14. DRP is informed and believes that to date, Plaintiff has not yet served Defendant Will Lightbourne ("Lightbourne"), Director of the California Department of Health Care Services ("DHCS"), with the Summons, Plaintiff's original Complaint, the FAC, or the SAC. Plaintiff admits in the Joint Stipulation for Leave of Court For Plaintiff To File Second Amended Complaint, filed on or about July 13, 2021, that "Defendant Will Lightbourne, Director, California Department of Health Care Services ("Lightbourne") has not yet been served in this matter." (See Exhibit B at ROA #14.) Because Lightbourne has not yet been served in the State Court Action, Lightbourne's absence from this Notice of Removal does not render the removal defective. *Salveson v. W. States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984) ("Our circuit rule is that a party not served need not be joined" for purposes of removal), superseded by statute on other grounds.

15. Nominal defendants need not consent to the removal. *Hewitt v. City of Stanton*, 798 F.2d 1230, 1232-33 (9th Cir. 1986). Pursuant to the allegations in

the SAC, Lightbourne is a nominal defendant, named solely in Plaintiff's claim for interpleader against all Defendants. Moreover, the allegations of Plaintiff's SAC make it clear that Defendant Lightbourne of the California Department of Healthcare Services ("DHCS") and Plaintiff are aligned and have similar interests in this action. Plaintiff goes so far as to allege that its lawsuit against DRP, Inland Valley and Promenade Square is at the behest of Defendant Lightbourne. Plaintiff alleges at ¶ 19 of the SAC:

> Defendant Will Lightbourne is DHCS' current Director and is sued in his official capacity solely for the purposes of naming the DHCS as a defendant in this action as an interested party to the interpleader cause of action. Director Lightbourne is responsible for directing, organizing, and administering the Medi-Cal program in accordance with all applicable laws and regulations. As such, he is responsible for DHCS' [sic] compliance with state and federal laws governing the Medi-Cal program.

Plaintiff alleges at ¶ 7, subparagraph a, of the SAC, in pertinent part:

> DHCS is presently allowing BCHF to continue operations under the guidance, oversight, and direction of a DCHS appointed independent monitor. DCHS and its monitor have directed BCHF to suspend payment of rent over FMR on the three leases that are the subject of this action.

Plaintiff alleges at ¶ 34 of the SAC:

> In order to remain in operation, BCHF signed an agreement with DHCS in February 2021 under which an independent monitor selected by DHCS would institute a robust corporate integrity and compliance program at BCHF. As is relevant here, DHCS' monitor has directed BCHF to: (1) stop paying above FMR on the Priest Leases; and (2) take action to address over-FMR payments, excessive 30-year term lease terms, and the failure to include lease provisions under which BCHF may terminate the leases. _This lawsuit is BCHF's good faith attempt to comply with those directives._

(Emphasis added.)

Plaintiff alleges at ¶ 92 of the SAC, in pertinent part:

> DHCS and its appointed monitor have directed BCHF not to pay rent

in excess of FMR, and to take immediate action to either reform or rescind the Priest Leases (with all attendant remedies), for the reasons alleged herein.

Accordingly, pursuant to Plaintiff's own allegations, its own interests and those of Lightbourne are entirely aligned, Plaintiff is allegedly acting at the direction and under the control of the DHCS and Plaintiff named Lightbourne merely as a nominal defendant. As such, Lightbourne's absence from this Notice of Removal does not render the removal defective. *Hewitt,* 798 F.2d at 1232-33.

## CONCLUSION

16. For all of the reasons stated above, this action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331. Accordingly, this action is removable pursuant to 28 U.S.C. § 1441(a).

**WHEREFORE**, Defendant DRP hereby gives notice that the above-described action pending against it in the Superior Court of the State of California, County of San Diego, is removed to this Court.

Dated: August 6, 2021          KYLE HARRIS LLP

By: */s/ John S. Kyle*
John S. Kyle, Esq.
Jeffrey B. Harris, Esq.
Laura K. Gantney, Esq.
KYLE HARRIS LLP

Attorneys for Defendants
DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC, and PROMENADE SQUARE, LLC