1  John S. Kyle, Esq. (SBN 199196)
   jkyle@klhipbiz.com
2  Jeffrey B. Harris, Esq. (SBN 202422)
   jharris@klhipbiz.com
3  Laura K. Gantney, Esq. (SBN 199297)
   lgantney@klhipbiz.com
4  KYLE HARRIS LLP
   2305 Historic Decatur Road, Suite 100
5  San Diego, CA  91206
   Tel:   (619) 600-0086
6
   Attorneys for Defendants
7  DRP HOLDINGS, LLC; INLAND
   VALLEY INVESTMENTS, LLC;
8  PROMENADE SQUARE, LLC

9

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, California Department of Healthcare Services; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  21-CV-1417-L-AGS<br><br>**JOINDER IN NOTICE OF REMOVAL OF ACTION** |

## DEFENDANTS INLAND VALLEY INVESTMENT, LLC'S AND PROMENADE SQUARE, LLC'S JOINDER IN NOTICE OF REMOVAL

Defendant INLAND VALLEY INVESTMENTS, LLC and Defendant PROMENADE SQUARE, LLC hereby join in Defendant DRP HOLDINGS, LLC's Notice of Removal to this Court of the state court action described in said Notice of Removal.

Dated: August 12, 2021        KYLE HARRIS LLP

By:   /s/ John S. Kyle
John S. Kyle, Esq.
Jeffrey B. Harris, Esq.
Laura K. Gantney, Esq.
KYLE HARRIS LLP

Attorneys for Defendants
DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC; PROMENADE SQUARE, LLC