| | |
|---|---|
| 1 | John S. Kyle, Esq. (SBN 199196) |
| | jkyle@klhipbiz.com |
| 2 | Jeffrey B. Harris, Esq. (SBN 202422) |
| | jharris@klhipbiz.com |
| 3 | Laura K. Gantney, Esq. (SBN 199297) |
| | lgantney@klhipbiz.com |
| 4 | KYLE HARRIS LLP |
| | 2305 Historic Decatur Road, Suite 100 |
| 5 | San Diego, CA  91206 |
| | Tel:    (619) 600-0086 |
| 6 | |
| 7 | Attorneys for Defendants |
| | DRP HOLDINGS, LLC; INLAND |
| | VALLEY INVESTMENTS, LLC; |
| 8 | PROMENADE SQUARE, LLC |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation, | CASE NO.  21-CV-1417-L-AGS |
| Plaintiff, | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, California Department of Healthcare Services; and DOES 1 through 50, inclusive, | |
| Defendants. | |

///

///

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants DRP Holdings, LLC, Inland Valley Investments, LLC and Promenade Square LLC hereby file their corporate disclosure statement and state as follows:

1. Defendant DRP Holdings, LLC, is a privately held company, owns no interest in any publicly held corporation, and none of its equity is owned by any publicly held corporation.

2. Defendant Inland Valley Investments, LLC is a privately held company, owns no interest in any publicly held corporation, and none of its equity is owned by any publicly held corporation.

3. Defendant Promenade Square, LLC is a privately held company, owns no interest in any publicly held corporation, and none of its equity is owned by any publicly held corporation.

Respectfully submitted,

Dated: August 13, 2021     By:  /s/ John S. Kyle
    John S. Kyle, Esq.
    Jeffrey B. Harris, Esq.
    Laura K. Gantney, Esq.
    KYLE HARRIS LLP

    Attorneys for Defendants
    DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC; PROMENADE SQUARE, LLC

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106