**HATTON, PETRIE & STACKLER APC**
Attorneys at Law
12 Journey, Ste. 255
Aliso Viejo, CA 92656
Telephone: (949) 474-4222

**GREGORY M. HATTON, SBN 119810**
**ARTHUR R. PETRIE, II, SBN 158654**
**DAN E. HECK, SBN 210383**

Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-01417-L-AGS<br><br>Hon. M. James Lorenz, Courtoom 5B<br><br><u>NOTICE OF APPEARANCE OF COUNSEL</u><br><br>Action Filed: August 6, 2021<br>Trial Date: N/A |

TO CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that counsel described below hereby appears as counsel of record for plaintiff Borrego Community Health Foundation in the above-entitled action.  You are hereby requested to serve all further pleadings, notices,

1  documents or other papers herein, exclusive of process, upon counsel described below
2  in the manner provided by law.  This appearance is made without waiving objections
3  as to improper service, jurisdiction, or venue.

    Gregory M. Hatton (SBN 119810)
    Dan E. Heck (SBN 210383)
    Hatton, Petrie, & Stackler APC
    12 Journey, Ste. 255
    Aliso Viejo, CA 92656
    O: (949) 474-4222
    F: (949) 474-1244
    g_hatton@hattonpetrie.com
    d_heck@hattonpetrie.com

Dated: September 6, 2021        HATTON, PETRIE & STACKLER APC

                                                      */s/* Dan E. Heck
                                  By: _____
                                        GREGORY M. HATTON
                                        ARTHUR R. PETRIE, II
                                        DAN E. HECK
                                        Attorneys for Plaintiff
                                        BORREGO COMMUNITY HEALTH
                                        FOUNDATION

CERTIFICATE OF SERVICE

      I certify that on September 6, 2021, I caused the foregoing document to be presented to the Clerk of the Court for electronic filing and uploading to the CM/ECF system. In accordance with the ECF registration agreement and the Court's rules, the Clerk of the Court will send email notification of such filing to all attorneys and parties of record.

      /s/ Dan E. Heck

      _____
      Dan E. Heck
      HATTON, PETRIE & STACKLER APC