1 | **HATTON, PETRIE & STACKLER APC**
Attorneys at Law
2 | 12 Journey, Ste. 255
Aliso Viejo, CA 92656
3 | Telephone: (949) 474-4222

4 | **GREGORY M. HATTON, SBN 119810**
**ARTHUR R. PETRIE, II, SBN 158654**
5 | **DAN E. HECK, SBN 210383**

6 | Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION

7 |

8 | UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9 |

10 | BORREGO COMMUNITY HEALTH ) Case No.: 3:21-cv-01417-L-AGS
11 | FOUNDATION, a California non-
profit public benefit corporation, ) Hon. M. James Lorenz,
12 | ) Courtroom 5B
13 | Plaintiff, ) <u>NOTICE OF ERRATA IN THIRD</u>
<u>AMENDED COMLAINT (DKT NO. 16)</u>
14 | vs.
15 |
16 | INLAND VALLEY INVESTMENTS,
LLC, a California limited liability
17 | company; DRP HOLDINGS, LLC, a
California limited liability company;
18 | PROMENADE SQUARE, LLC, a
19 | California limited liability company;
WILL LIGHTBOURNE, Director,
20 | CALIFORNIA DEPARTMENT OF
21 | HEALTH CARE SERVICES; and
DOES 1 through 50, inclusive,
22 |
23 | Defendants.
24 |
25 |
26 |
27 | // // //
28 | // // //

1  TO THE COURT, TO OPPOSING COUNSEL AND TO THE PARTIES

2  PLEASE TAKE NOTICE THAT the third amended complaint filed in this

3 matter on March 22, 2022, under docket number 16 contained errata wherein in a word

4 processing error resulted in certain causes of action not including that they were

5 brought against Doe defendants as well as named defendants as follows:

6  - At page 23, line 9, the Second Cause of Action should be brought against,
7    "… Priest LLCs and Does 1-50."

8  - At page 24, line 21, the Third Cause of Action should be brought against,
9    "… Priest LLCs and Does 1-50."

10 - At page 25, line 19, the Fourth Cause of Action should be brought against,
11   "… Priest LLCs and Does 1-50."

12 - At page 26, line 11, the Fifth Cause of Action should be brought against, "…
13   Priest LLCs and Does 1-50."

14 - At page 27, line 2, the Sixth Cause of Action should be brought against, "…
15   Priest LLCs and Does 1-50."

16 - At page 24, line 9, the Seventh Cause of Action should be brought against,
17   "… Priest LLCs and Does 1-50."

20  HATTON, PETRIE & STACKLER

21  /s/ Gregory M. Hatton

22  By:_____
23  Gregory M. Hatton
    Attorneys for Plaintiff
24  BORREGO COMMUNITY HEALTH
    FOUNDATION

## CERTIFICATE OF SERVICE

      I certify that on March 24, 2022, I caused the foregoing document to be presented to the Clerk of the Court for electronic filing and uploading to the CM/ECF system. In accordance with the ECF registration agreement and the Court's rules, the Clerk of the Court will send email notification of such filing to all attorneys and parties of record.

/s/ John A. McMahon

_____

John A. McMahon

HATTON, PETRIE & STACKLER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*

- i -