|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:21-cv-01417-L-AGS<br><br>Hon. Anthony J. Battaglia, Courtroom 5B<br><br>\* |
|---|---|---|
| Plaintiff, | | |
| vs. | | |
| INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and DOES 1 through 50, inclusive, | | |
| Defendants. | | |

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**

// // //

// // //

// // //

- 1 -

1      PLEASE TAKE NOTICE that Arthur R. Petrie, II of the law firm of
2 Hatton, Petrie & Stackler APC withdraws as counsel of record for plaintiff
3 Borrego Community Health Foundation in these consolidated matters. This
4 notice of withdrawal is only with respect to attorney Arthur R. Petrie, II of the
5 law firm of Hatton, Petrie & Stackler APC and no other attorney.

6      Respectfully submitted,

7 Dated: October 14, 2022

8      HATTON, PETRIE & STACKLER

9

10      By: *Arthur R. Petrie, II*
11            Arthur R. Petrie, II

12      I do hereby certify that on October 14, 2022, I electronically filed the
13 Notice of Withdrawal as Counsel of Record with the Clerk of the Court using
14 the electronic court filing system, which will send notification of such filing to
15 all Counsel of Record.

16

17      *Arthur R. Petrie, II*
18      Arthur R. Petrie, II
         (Cal. Bar No. 158654)
19      HATTON, PETRIE & STACKLER
20      APC

21

22

23

24

25

26

27

28