**HATTON, PETRIE & STACKLER APC**
Attorneys at Law
12 Journey, Ste. 255
Aliso Viejo, CA 92656
Telephone: (949) 474-4222

**GREGORY M. HATTON, SBN 119810**
**ARTHUR R. PETRIE, II, SBN 158654**
**DAN E. HECK, SBN 210383**

Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-01417-L-AGS<br><br>Hon. Anthon J. Battaglia, Courtroom 5B<br><br><u>NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD</u> |

// // //

// // //

PLEASE TAKE NOTICE that Dan E. Heck of the law firm of Hatton, Petrie & Stackler APC withdraws as counsel of record for plaintiff Borrego Community Health Foundation.  This notice of withdrawal is only with respect to attorney Dan E. Heck of the law firm of Hatton, Petrie & Stackler APC and no other attorney.

Respectfully submitted,

Dated:  October 14, 2022

HATTON, PETRIE & STACKLER

By: /s/ Dan E. Heck
Dan E. Heck

CERTIFICATE OF SERVICE

I certify that on March 24, 2022, I caused the foregoing document to be presented to the Clerk of the Court for electronic filing and uploading to the CM/ECF system. In accordance with the ECF registration agreement and the Court's rules, the Clerk of the Court will send email notification of such filing to all attorneys and parties of record.

/s/ Dan E. Heck
_____
Dan E. Heck
HATTON, PETRIE & STACKLER