Attorney for BORREGO COMMUNITY HEALTH FOUNDATION

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation, | ) ) ) ) ) | Case No. 3:21-CV-01417-L-AGS |
| | | NOTICE OF CHANGE OF ADDRESS |
| vs. | ) ) | |
| INLAND VALLEY INVESTMENTS, LLC, et al. | ) ) ) ) | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Gregory M. Hatton has changed _____ names, __✓__ firms, __✓__ addresses, __✓__ phone numbers, and/or __✓__ fax numbers  as follows.

Current contact information:

Gregory M. Hatton (SBN 119810) ghatton@tocounsel.com
THEODORA ORINGHER PC
535 Anton Blvd., Ninth Floor, Costa Mesa, CA 92626-7109
714.549.6200 Telephone / 714.549.6201 Facsimile

DATED: October 28, 2022          Signature: _____