JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
        jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
        treid@health-law.com

Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH FOUNDATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01417-AJB-AGS<br><br>Hon. Anthony J. Battaglia, Courtroom 4A<br><br>**MOTION TO SUBSTITUTE COUNSEL**<br><br>Trial Date:       None Set |

**NOTICE IS HEREBY GIVEN THAT**, subject to approval by the Court, Plaintiff BORREGO COMMUNITY HEALTH FOUNDATION hereby moves this Court for an order substituting Joseph R. LaMagna, Esq. (SBN 246850), Jordan Kearney, Esq. (SBN 305483), Devin M. Senelick, Esq. (SBN 221478), and Taryn A. Reid, Esq. (SBN 328772) of Hooper, Lundy & Bookman, P.C. as attorneys of record in place of attorney Gregory M. Hatton, Esq. (SBN 119810) of Theodora Ohringer, P.C.

Contact information for new counsel is as follows:

Joseph R. LaMagna, Esq.
Jordan Kearney, Esq.
HOOPER, LUNDY & BOOKMAN, P.C.
101 W. Broadway, Suite 1200
San Diego, California 92101

Devin M. Senelick, Esq.
Taryn A. Reid, Esq.
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067

I consent to the above substitution.

DATED: November 30, 2022        **BORREGO COMMUNITY HEALTH FOUNDATION**

By: _____
(Signature of Party)

/ / /

/ / /

I, and on behalf of the law firm Theodora Ohringer, P.C., consent to being substituted.

DATED: November 2?, 2022        THEODORA OHRINGER, P.C.

By: _____
(Signature of Former Attorney(s))
Gregory M. Hatton, Esq. SBN 119810
E-mail: ghatton@tocounsel.com
Attorneys for Plaintiff BORREGO
COMMUNITY HEALTH FOUNDATION

I, and on behalf of the law firm Hooper, Lundy & Bookman, P.C. consent to the above substitution.

DATED: November 30, 2022        HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
(Signature of New Attorney(s))
Devin M. Senelick, Esq. SBN 221478
E-mail: dsenelick@health-law.com
Attorneys for Plaintiff BORREGO
COMMUNITY HEALTH FOUNDATION

# PROOF OF SERVICE

*Borrego Community Health Foundation v. Inland Valley Investments, LLC et al.*
**3:21-cv-01417-AJB-AGS**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA 90067.

On December 2, 2022, I served true copies of the following document described as **MOTION TO SUBSTITUTE COUNSEL** on the interested parties in this action as follows:

Gregory M. Hatton
Theodora Ohringer, P.C.
535 Anton Blvd.
Ninth Floor
Costa Mesa, CA 92626-7109
Email: ghatton@tocounsel.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document to be sent from e-mail address treiss@health-law.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by electronic mail as listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 2, 2022, at Los Angeles, California.

_____
Tia Reiss