JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
         jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
         treid@health-law.com

Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH
FOUNDATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01417-L-AGS<br><br>Hon. Anthony J. Battaglia, Courtroom 4A<br><br>**NOTICE OF APPEARANCE OF JORDAN KEARNEY**<br><br>Trial Date:   None Set |

TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jordan Kearney of Hooper, Lundy & Bookman, P.C., hereby appears as counsel of record for Plaintiff Borrego Community Health Foundation.

Jordan Kearney is admitted to practice in the State of California and before this Court. The address, telephone, facsimile, and email addresses are as follows:

> Jordan Kearney
> jkearney@health-law.com
> HOOPER, LUNDY & BOOKMAN, P.C.
> 101 W. Broadway, Suite 1200
> San Diego, California 92101
> Main 619-744-7300
> Fax 619-230-0987

Please serve said counsel with all pleadings, discovery, correspondence, notices, and any other materials in this action.

DATED:  December 7, 2022            HOOPER, LUNDY & BOOKMAN, P.C.


By:      */s/ Jordan Kearney*
            JORDAN KEARNEY
Attorneys for Plaintiff Borrego Community Health Foundation