JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@health-law.com
        jkearney@health-law.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@health-law.com
        treid@health-law.com

Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH
FOUNDATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01417-L-AGS<br><br>Hon. Anthony J. Battaglia, Courtroom 4A<br><br>**NOTICE OF APPEARANCE OF TARYN A. REID**<br><br>Trial Date:    None Set |

1  TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Taryn A. Reid of Hooper, Lundy & Bookman,

3  P.C., hereby appears as counsel of record for Plaintiff Borrego Community Health

4  Foundation.

5  Taryn A. Reid is admitted to practice in the State of California and before this

6  Court. The address, telephone, facsimile, and email addresses are as follows:

Taryn A, Reid
treid@health-law.com
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, CA 90067
Main 310-551-8111
Fax 310-551-8181

12  Please serve said counsel with all pleadings, discovery, correspondence,

13  notices, and any other materials in this action.

15  DATED: December 7, 2022          HOOPER, LUNDY & BOOKMAN, P.C.

By:      */s/ Taryn A. Reid*
         TARYN A. REID
Attorneys for Plaintiff Borrego Community
Health Foundation

HOOPER, LUNDY & BOOKMAN, P.C.
101 W. BROADWAY, SUITE 1200
SAN DIEGO, CALIFORNIA 92101
TEL (619) 744-7300 • FAX (619) 230-0987