| | |
|---|---|
| 1 | Jeffrey B. Harris, Esq. (SBN 202422) |
| 2 | jharris@klhipbiz.com<br>John S. Kyle, Esq. (SBN 199196) |
| 3 | jkyle@klhipbiz.com<br>KYLE HARRIS LLP |
| 4 | 2305 Historic Decatur Road, Suite 100<br>San Diego, CA  91206 |
| 5 | Tel:   (619) 600-0086 |
| 6 | Attorneys for Defendants<br>DRP HOLDINGS, LLC; INLAND |
| 7 | VALLEY INVESTMENTS, LLC;<br>PROMENADE SQUARE, LLC |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, California Department of Healthcare Services; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  3:21-CV-01417-AJB-AGS<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br><br>Date:         Apr. 6, 2023<br>Time:        2:00 PM<br>Courtroom:   4A<br><br>Hon. Anthony J. Battaglia |

Pursuant to Fed. R. Evid. 201 and decisional law interpretating same, Defendant DRP HOLDINGS, LLC, Defendant INLAND VALLEY INVESTMENTS, LLC and Defendant PROMENADE SQUARE, LLC hereby respectfully request that this Court take judicial notice of the materials appended to this request filed in support of their Opposition to Plaintiff's Motion for Leave to Amend Complaint.

## I.  AUTHORITY FOR JUDICIAL NOTICE.

Taking judicial notice is proper when the materials submitted are "not subject to reasonable dispute because [they] . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). In the instant matter, Exhibit 1 is referenced in the Third Amended Complaint but not attached to that pleading. For example, at paragraph 7.a, Plaintiff alleges "DCHS [*sic*] and its monitor have directed BCHF to suspend payment of rent over FMR on the three leases that are the subject of this action." (TAC 4:14-16.) In paragraph 31, Plaintiff alleges: "In order to remain in operation, BCHF signed an agreement with DHCS in February 2021 under which an independent monitor selected by DHCS would institute a robust corporate integrity and complaint program at BCHF. As is relevant here, DHCS' monitor has directed BCHF to: (1) stop paying above FMR on the Priest Leases; and, (2) take action to address over-FMR payments, excessive 30-year lease terms, and the failure to include lease provisions under which BCHF may terminate the leases. This lawsuit is BCHF's good faith attempt to comply with those directives." (TAC, 9:31-10:3.) Plaintiff alleges it is essentially forced to file this lawsuit by the government—a very serious contention. Due process dictates that the court consider the alleged Agreement on which such contention is predicated.

Exhibit 1 is also subject to judicial notice as documents of a state agency. The Ninth Circuit has authorized judicial notice of "records and reports of

2

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO MOTION FOR LEAVE TO AMEND
CASE NO. 3:21-CV-01417-AJB-AGS

administrative bodies." *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003). This has been interpreted to apply to records from California agencies. *Smelt v. County of Orange, California*, 447 F.3d 673, 676, n. 4 (9th Cir. 2006); *No Cost Conf., Inc. v. Windstream Communs., Inc.*, 940 F.Supp.2d 1285, 1296 (S.D.Cal. 2013).

The remainder of the documents for which Defendants seek judicial notice—Exhibits 2 & 3—are filings in BCHF's bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of California. The courts in this circuit thus regularly take judicial notice of declarations, complaints, cross-complaints, and answers filed in state and federal courts. *See, e.g.*, *Harris v. County of Orange*, 682 F.3d 1126, 1131 (9th Cir. 2012) (taking judicial notice of declarations); *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290, n.1 (9th Cir. 1996); *Britz Fertilizers, Inc. v. Bayer Corp.*, 665 F. Supp. 2d 1142, 1177 (E.D. Cal. 2009).

A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Further, this request and the April 6, 2023 hearing date provide Plaintiff with the requisite opportunity to address the request. Fed. R. Evid. 201(e); *Mullis v. United States Bankr. Ct.*, 828 F.2d 1385, 1388, n9 (9th Cir. 1987).

## II. MATERIALS SUBMITTED FOR JUDICIAL NOTICE

The materials for which judicial notice is requested are as follow:

1. August 3, 2021 Letter from Department of Health Care Services Deputy Director Bruce Lim, CPA attaching 6-page "Corrective Action Plan"; 13-page <u>Agreement between the California Department of Healthcare Service and Borrego Community Health Foundation to Modify November 18, 2020 Payment Suspension Pursuant to Welfare</u>

3

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO MOTION FOR LEAVE TO AMEND
CASE NO. 3:21-CV-01417-AJB-AGS

and Institutions Code, Section 14107.11 signed Feb. 2, 2021; and 5-page DHCS AND BORREGO TERM SHEET, signed January 27, 2021.

2. Document #89 in United States Bankruptcy Court for the Southern District of California, Case No. 22-02384-11. This document is an Application signed by Isaac Lee, BCHF's Chief Restructuring Officer, supported by a Declaration from Hooper Lundy attorney Jordan Kearney. That Declaration also contains as Ex. A the Hooper Lundy firm's existing engagement letter with BCHF at the time. The letter is dated July 18, 2018.

3. Document #7 in United States Bankruptcy Court for the Southern District of California, Case No. 22-02384-11. This document is a Declaration signed by Isaac Lee, BCHF's Chief Restructuring Officer and dated Sept. 12, 2022.

Dated: January 6, 2023        KYLE HARRIS LLP

By: */s/ John S. Kyle*
Jeffrey B. Harris, Esq.
John S. Kyle, Esq.
KYLE HARRIS LLP

Attorneys for Defendants
DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC; and PROMENADE SQUARE, LLC

4

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
OPPOSITION TO MOTION FOR LEAVE TO AMEND
CASE NO. 3:21-CV-01417-AJB-AGS