| | |
|---|---|
| 1 | Jeffrey B. Harris, Esq. (SBN 202422) |
| | jharris@klhipbiz.com |
| 2 | John S. Kyle, Esq. (SBN 199196) |
| | jkyle@klhipbiz.com |
| 3 | KYLE HARRIS LLP |
| | 2305 Historic Decatur Road, Suite 100 |
| 4 | San Diego, CA  91206 |
| | Tel:    (619) 600-0086 |
| 5 | |
| | Attorneys for Defendants |
| 6 | DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC; |
| 7 | PROMENADE SQUARE, LLC |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation, | CASE NO.  3:21-CV-01417-AJB-AGS |
| Plaintiff, | **NOTICE OF APPEARANCE OF JEFFREY B. HARRIS AS COUNSEL OF RECORD FOR DEFENDANTS DRP HOLDINGS, LLC, INLAND VALLEY INVESTMENTS, LLC, AND PROMENADE SQUARE, LLC** |
| v. | |
| INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, California Department of Healthcare Services; and DOES 1 through 50, inclusive, | Hon. Anthony J. Battaglia |
| Defendants. | |

NOTICE OF APPEARANCE OF JEFFREY B. HARRIS
CASE NO. 3:21-CV-01417-AJB-AGS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Jeffrey B. Harris of Kyle Harris, LLP, who is permitted to practice in this district, hereby appears as counsel of record on behalf of Defendants DRP Holdings, LLC; Inland Valley Investments, LLC; and Promenade Square, LLC. Effective immediately, please add Jeffrey B. Harris to be noticed on all matters as follows:

>  Jeffrey B. Harris
>  Kyle Harris LLP
>  2305 Historic Decatur Road, suite 100
>  San Diego, CA 92106
>  619-851-6718
>  jharris@klhlawyers.com

Dated: January 27, 2023     KYLE HARRIS LLP

By:  */s/ Jeffrey B. Harris*
 Jeffrey B. Harris, Esq.
 John S. Kyle, Esq.
 KYLE HARRIS LLP

 Attorneys for Defendants
 DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC; and PROMENADE SQUARE, LLC