| | |
|---|---|
| 1 | Jeffrey B. Harris, Esq. (SBN 202422) |
| 2 | jharris@klhipbiz.com<br>John S. Kyle, Esq. (SBN 199196) |
| 3 | jkyle@klhipbiz.com<br>KYLE HARRIS LLP |
| 4 | 2305 Historic Decatur Road, Suite 100<br>San Diego, CA  91206 |
| 5 | Tel:   (619) 600-0086 |
| 6 | Attorneys for Defendants<br>DRP HOLDINGS, LLC; INLAND |
| 7 | VALLEY INVESTMENTS, LLC;<br>PROMENADE SQUARE, LLC |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; WILL LIGHTBOURNE, Director, California Department of Healthcare Services; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  3:21-CV-01417-AJB-AGS<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT NO. 41**<br><br>Hon. Anthony J. Battaglia |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants DRP Holdings, LLC; Inland Valley Investments, LLC; and Promenade Square, LLC ("Defendants") hereby withdraw Document Number 41, the Notice of Appearance of B. Harris as Counsel of Record for Defendants. Defendants will re-file the Notice of Appearance of Jeffrey B. Harris per the Court's instruction.

Dated: January 30, 2023        KYLE HARRIS LLP

By:   */s/ John S. Kyle*
   Jeffrey B. Harris, Esq.
   John S. Kyle, Esq.
   KYLE HARRIS LLP

   Attorneys for Defendants
   DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC; and PROMENADE SQUARE, LLC