1  Jeffrey B. Harris, Esq. (SBN 202422)
   jharris@klhipbiz.com
2  John S. Kyle, Esq. (SBN 199196)
   jkyle@klhipbiz.com
3  KYLE HARRIS LLP
   2305 Historic Decatur Road, Suite 100
4  San Diego, CA  91206
   Tel:    (619) 600-0086
5
   Attorneys for Defendants
6  DRP HOLDINGS, LLC; INLAND
   VALLEY INVESTMENTS, LLC;
7  PROMENADE SQUARE, LLC

8

9                **UNITED STATES DISTRICT COURT**

10               **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  BORREGO COMMUNITY HEALTH | **CASE NO.  3:21-CV-01417-AJB-AGS** |
| 13  FOUNDATION, a California non- | |
| profit public benefit corporation, | **NOTICE OF WITHDRAWAL OF** |
| 14 | **DOCUMENT NO. 43** |
| 15                Plaintiff, | |
| 16  v. | |
| 17 | |
| 18  INLAND VALLEY INVESTMENTS, | |
| LLC, a California limited liability | Hon. Anthony J. Battaglia |
| 19  company; DRP HOLDINGS, LLC, a | |
| California limited liability company; | |
| 20  PROMENADE SQUARE, LLC, a | |
| California limited liability company; | |
| 21  WILL LIGHTBOURNE, Director, | |
| 22  California Department of Healthcare | |
| Services; and DOES 1 through 50, | |
| 23  inclusive, | |
| 24 | |
| 25                Defendants. | |

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants DRP Holdings, LLC; Inland Valley Investments, LLC; and Promenade Square, LLC ("Defendants") hereby withdraw Document Number 43, the Notice of Appearance of B. Harris as Counsel of Record for Defendants.  Defendants will re-file the Notice of Appearance of Jeffrey B. Harris per the Court's instruction.


Dated:  February 1, 2023            KYLE HARRIS LLP


By:    /s/John S. Kyle
       Jeffrey B. Harris, Esq.
       John S. Kyle, Esq.
       KYLE HARRIS LLP

       Attorneys for Defendants
       DRP HOLDINGS, LLC; INLAND
       VALLEY INVESTMENTS, LLC; and
       PROMENADE SQUARE, LLC

KYLE HARRIS LLP
2305 HISTORIC DECATUR ROAD, SUITE 100
SAN DIEGO, CA 92106