**BARNES & THORNBURG LLP**
Eric J. Beste (CA Bar No. 226089)
Eric.Beste@btlaw.com
Andrew Young (CA Bar No. 326540)
Andrew.Young@btlaw.com
Allison Rego (CA Bar No. 272840)
arego@btlaw.com
655 West Broadway, Suite 1300
San Diego, CA 92101
Telephone: (619) 321-5000
Facsimile:  (310) 284-3894

Brian Nguyen (CA Bar No. 336704)
Brian.Nguyen@btlaw.com
2029 Century Park East Suite 300
Los Angeles, CA  90067

*Attorneys for Defendants,*
*DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC; PROMENADE SQUARE, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation;<br><br>Plaintiff,<br><br>v.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC a California limited liability company; WILL LIGHTBOURNE, Director, California Department of Healtcare Services; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  3:21-cv-01417-BEN-KSC<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>District Judge: Hon. Roger T. Benitez<br>Magistrate Judge: Hon. Karen S. Crawford<br><br>Complaint Filed: August 6, 2021 |

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants DRP Holdings, LLC; Inland Valley Investments, LLC; Promenade Square, LLC ("Defendants"), hereby request pursuant to Civ. L.R. 83.3.f.2, that this Court approve the substitution of counsel of record as follows:

Defendants' current counsel of record seeking to withdraw are Jeffrey B. Harris, State Bar No. 202422, email jharris@klhlawyers.com, John Shepherd Kyle, State Bar No. 199196, email jkyle@klhipbiz.com, and Laura Kimberly Gantney, State Bar No. 199297, email lgantney@klhipbiz.com of Kyle Harris LLP located at 2305 Historic Decatur Rd., Suite 100, San Diego, California 92106 and reachable at telephone 619-851-6718.

Defendants seek approval to have as new counsel of record Eric J. Beste, State Bar No. 226089, email eric.beste@btlaw.com, Andrew P. Young, State Bar No. 326540, email andrew.young@btlaw.com, Allison Rego, State Bar No. 272840, email arego@btlaw.com, all of the firm of Barnes & Thornburg LLP, located at 655 W Broadway, Suite 1300, San Diego, California 92101, and reachable at telephone number 619-321-5000, and Brian Nguyen, State Bar No. 336704, email brian.nguyen@btlaw.com, of Barnes & Thornburg LLP, located at 2029 Century Park East, Suite 300, Los Angeles, California 90067.

**I consent to the above substitution:**

Dated: _____          DRP Holdings, LLC

By: *Daryl Priest* (DocuSigned)
Daryl Priest

**I consent to the above substitution:**

Dated: _____          Inland Valley Investments, LLC

By: *Daryl Priest* (DocuSigned)
Daryl Priest

**I consent to the above substitution:**

Dated: _____        Promenade Square, LLC

By: *DARYL PRIEST* (DocuSigned by: 13D2A50363894EE...)
Daryl Priest

**I consent to the above substitution:**

Dated:   March 29, 2023          Barnes & Thornburg, LLP

By:   */s/ Eric J. Beste*
Eric J. Beste

**I consent to the above substitution:**

Dated:   March 29, 2023          Barnes & Thornburg, LLP

By:   */s/ Andrew Young*
Andrew Young

**I consent to the above substitution:**

Dated:   March 29, 2023          Barnes & Thornburg, LLP

By:   */s/Allison Rego*
Allison Rego

**I consent to the above substitution:**

Dated:   March 29, 2023          Barnes & Thornburg, LLP

By:   */s/ Brian Nguyen*
Brian Nguyen

**I consent to being substituted:**

Dated:   March 29, 2023          Kyle Harris, LLP

By:   */s/ Jeffrey B. Harris*
Jeffrey B. Harris

**I consent to being substituted:**

Dated:   March 29, 2023          Kyle Harris, LLP

By:   */s/ John S. Kyle*
John S. Kyle

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

1       **I consent to being substituted:**

2   Dated:    March 29, 2023        Kyle Harris, LLP

3                                         By:  */s/ Laura K. Gantney*

4                                                   Laura K. Gantney

5                         <u>SIGNATURE CERTIFICATION</u>

6       Eric J. Beste attests that concurrence in the filing of this document has been

7 obtained from Andrew Young, Allison Rego, Brian Nguyen, Jeffrey B. Harris, John

8 S. Kyle and Laura K. Gantney, and that he is authorized to affix their electronic

9 signatures to this document.

11                                         */s/ Eric J. Beste*

12                                         Eric J. Beste