JOSEPH R. LAMAGNA (State Bar No. 246850)
JORDAN KEARNEY (State Bar No. 305483)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@hooperlundy.com
         jkearney@hooperlundy.com

DEVIN M. SENELICK (State Bar No. 221478)
TARYN A. REID (State Bar No. 328772)
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Telephone: (310) 551-8111
Facsimile: (310) 551-8181
E-Mail: dsenelick@hooperlundy.com
         treid@hooperlundy.com

Attorneys for Plaintiff
BORREGO COMMUNITY HEALTH
FOUNDATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01417-BEN-KSC<br><br>Hon. Roger T. Benitez,<br>Courtroom 5A<br><br>**NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>**FRCP 42(a)**<br><br>Judge: Roger T. Benitez,<br>Date: May 22, 2023<br>Time: 10:30 AM<br>Ctrm.: 5A<br><br>Trial Date:           None Set |

Case No. 3:21-cv-01417-BEN-KSC
NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

7334289.1

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 22, 2023 at 10:30 A.M., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Roger T. Benitez, located at 221 West Broadway, San Diego, California 92101, Plaintiff Borrego Community Health Foundation ("Borrego Health"), will and herby does move the Court for an order consolidating the above-captioned matter with *Borrego Community Health Foundation v. Karen Hebets, et al.* (Case No. 3:22-cv-01056-BEN-KSC) pursuant to Federal Rule of Civil Procedure Rule 42(a).

This motion will be made on the grounds that it is in the interests of justice and of judicial efficiency to allow the consolidation of litigation, as the matters involve common questions of law and fact and the matters have already been deemed related.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, and all other pleadings on file in this matter.

DATED: April 14, 2023          HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
DEVIN M. SENELICK
Attorneys for Plaintiff Borrego Community Health Foundation

2

Case No. 3:21-cv-01417-BEN-KSC
NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION & STATEMENT OF FACTS

On August 6, 2021, Borrego Health filed its Complaint in the above-captioned action, Case No. 3:21-cv-01417-BEN-KSC, against Daryl Priest and a number of Priest-owned entities (hereafter referred to as the "Lease Litigation").

On July 19, 2022, Borrego Health filed its complaint in *Borrego Community Health Foundation v. Karen Hebets, et al.* (Case No. 3:22-cv-01056-BEN-KSC) (hereafter the "Multi-Scheme Litigation"). On April 4, 2023, the Court granted Borrego Health's Motion for Leave to Amend, which effectuated the filing of Borrego Health's First Amended Complaint in the Multi-Scheme Litigation.

The Multi-Scheme Litigation's First Amended Complaint alleges, among other things, that while Borrego Health was attempting to complete its mission of providing healthcare to underserved communities, certain individuals and entities, both inside and outside of Borrego Health, siphoned off money from Borrego Health that should have benefitted to the community it serves. The schemes include selling useless assets to Borrego Health at inflated prices, entering into one-sided agreements with Borrego Health to its detriment, committing and/or covering up healthcare fraud though improper billing of dental services, entering into leases with Borrego Health that were many times fair market rates and terms, paying themselves above-market salaries and benefits, hiring friends and family members to work for Borrego Health and paying them above-market salaries, and attempting to use Borrego Health to purchase a country club.

One of the schemes alleged in the Multi-Scheme Litigation's First Amended Complaint (the "Priest Leases Scheme") is identical to the scheme alleged by Borrego Health in the Lease Litigation.

On August 8, 2022, Borrego Health filed a Notice of Related Cases in the Multi-Scheme Litigation, listing the Lease Litigation as a related matter. (Multi-Scheme Litigation Dkt. 5.) The Notice of Related Cases explained that:

Both matters include allegations relating to three leases entered into between Borrego Community Health Foundation ("Borrego Health") and Inland Valley Investments, LLC, DRP Holdings, LLC, and Promenade Square, LLC. Both matters address how the circumstances surrounding the effectuation of the leases involved unfair and fraudulent conduct under RICO and California Business and Professions Code section 1720, *et seq.* As both matters involve the same leases, the same questions relating to the leases will need to be resolved in both matters.

On August 19, 2022, the Court in submitted a Report of Clerk and Order of Transfer Pursuant to "Low-Number Rule." (Multi-Scheme Litigation Dkt. 10.) In the Report of Clerk and Order, the Court stated that the Lease Litigation and this matter appear to: (1) "arise from the same or substantially identical transactions, happenings or events"; (2) "involve the same or substantially the same parties or property"; (3) "call for a determination of the same or substantially identical questions of law"; and (4) "entail unnecessary duplication of labor if heard by different judges." (*Id.*)

The Report of Clerk and Order of Transfer then transferred the Lease Litigation to the Honorable Anthony J. Battaglia so that both matters were before the same judge. (*Id.*) Both matters were subsequently transferred to the Honorable Roger T. Benitez. (Lease Litigation Dkt. 48; Multi-Scheme Litigation Dkt. 148.)

On December 9, 2022, Borrego Health filed a motion for leave to amend its pleading in this Lease Litigation. The proposed amended pleading was functionally identical to the First Amended Complaint in the Multi-Scheme Litigation, which would have effectively consolidated the two matters. However, this Court denied that motion for leave to amend, stating among other things, that the "Court does not find Rule 15 an appropriate procedural vehicle for [Borrego Health]'s request. The rule providing for the Court's power to consolidate matters is Rule 42(a)." (Lease Litigation Dkt. 47, 4:2-4.)

Accordingly, Borrego Health now files this Motion seeking to consolidate the Lease Litigation and the Multi-Scheme Litigation for all purposes pursuant to Rule 42(a).

## II. LEGAL STANDARD

Under Federal Rules of Civil Procedure Rule 42(a), "[i]f the actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). "To determine whether to consolidate, a court weighs the interest in judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation." *In re Oreck Corp. Halo Vacuum & Air Purifiers Mktg. & Sales,* 282 F.R.D. 486, 490 (C.D. Cal. 2012) (citing *Sw. Marine, Inc. v. Triple A Mach. Shop, Inc.,* 720 F. Supp. 805, 807 (N.D. Cal. 1989)). The decision to consolidate is "within the broad discretion of the district court." *Paxonet Commc'ns, Inc. v. Transwith Corp.,* 303 F. Supp. 2d 1027, 1028-29 (N.D. Cal. 2003) (citing *In re Adams Apple, Inc.,* 829 F.2d 1484, 1487 (9th Cir. 1987).

## III. THE LEASE LITIGATION AND THE MULTI-SCHEME LITIGATION INVOLVE COMMON QUESTIONS OF LAW AND FACT

This action, the Lease Litigation, is merely one scheme out of the many schemes alleged in the Multi-Scheme Litigation. The facts and allegations in the Lease Litigation are identical to the facts in the Multi-Scheme Litigation's "Priest Leases Scheme" allegations. (*See i.e.* Multi-Scheme Litigation Dkt. 159, First Amended Complaint ¶¶ 335-359; Lease Scheme Litigation Dkt. 51, Fourth Amended Complaint ¶¶ 190-209.) Both actions require the Court to resolve claims based in fraud and the Racketeer Influenced and Corrupt Organizations ("RICO") Act. Further, on August 19, 2022, the Court in the Multi-Scheme Litigation submitted a Report of Clerk and Order of Transfer Pursuant to "Low-Number Rule" in which it asserted that transferring the two actions to the same judge would avoid duplication of labor in the two actions. Here, Borrego Health's motions merely seeks to further promote efficiency and judicial economy in addressing the issues

presented in both actions. As such, Borrego Health respectfully requests the Court consolidate the Lease Litigation and the Multi-Scheme Litigation for all purposes.

## IV. CONCLUSION

For all the above-referenced reasons, Borrego Health respectfully requests that the Court grant its motion to consolidate this action with the Multi-Scheme Litigation.

DATED: April 14, 2023

HOOPER, LUNDY & BOOKMAN, P.C.

By: _____
DEVIN M. SENELICK
Attorneys for Plaintiff BORREGO
COMMUNITY HEALTH FOUNDATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA 90067.

On April 14, 2023, I served true copies of the following document(s) described as **NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on the interested parties in this action as follows:

| | |
|---|---|
| John S. Kyle<br>Jeffrey B. Harris<br>450 B Street, Suite 1410<br>San Diego, California 92101<br>Tel: 619-600-0086<br>jkyle@klhipbiz.com<br>jharris@klhipbiz.com | *Attorneys for Defendants DRP Holdings, LLC, Inland Valley Investments, LLC and Promenade Square, LLC* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2023, at Los Angeles, California.

_____
Griselda Rodriguez

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-8181

7334289.1

1 — Case No. 3:21-cv-01417-BEN-KSC
NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1875 Century Park East, Suite 1600, Los Angeles, CA 90067.

On April 14, 2023, I served true copies of the following document(s) described as **NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address grodriguez@hooperlundy.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2023, at Los Angeles, California.

Griselda Rodriguez

---

2    Case No. 3:21-cv-01417-BEN-KSC
NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

7334289.1

# SERVICE LIST

**U.S.D.C., Southern District of California - Case No. 3:22-cv-01056-BEN-KSC**

| | |
|---|---|
| Benjamin J. Fenton<br>Nicholas D. Jurkowitz<br>Fenton Law Group<br>1990 South Bundy Drive<br>Suite 777<br>Los Angeles, CA 90025<br>Tel: 310-444-5244<br>bfenton@fentonlawgroup.com<br>njurkowitz@fentonlawgroup.com | *Attorneys for Defendant Michael Hoang, DMD* |
| Chester Jeng<br>Law Offices of Jeng and Associates<br>750 West La Habra Blvd<br>La Habra, California 90631<br>Tel: 714-858-0536<br>Chester@Jenglaw.com | *Attorneys for Defendants George Jared, D.D.S., and George Jared, D.D.S., Inc.* |
| Daniel Elliott Katz<br>Reid & Hellyer APC<br>California<br>Pob 1300<br>Riverside, CA 92502<br>951-682-1771<br>Dkatz@rhlaw.com | *Attorneys for Defendants Santiago A. Rojo, D.D.S., Inc., and Santiago Rojo, DDS* |
| Diane Wiesmann<br>Susan Knock Beck<br>Thompson & Colegate, LLP<br>3610 Fourteenth Street<br>P.O. Box 1299<br>Riverside, CA 92502<br>Tel: 951-682-5550<br>dwiesmann@tclaw.net<br>sbeck@tclaw.net | *Attorneys for Defendant Magaly Velasquez, DDS* |
| Eric Beste<br>Andrew Young<br>Allison Rego<br>Brian Nguyen<br>Barnes & Thornburg LLP<br>655 W. Broadway, Suite 1300<br>San Diego CA 92101<br>Tel: 619-321-5007<br>Eric.Beste@btlaw.com<br>Andrew.Young@btlaw.com<br>ARego@btlaw.com<br>brian.nguyen@btlaw.com | *Attorneys for Defendants Premier Healthcare Management, Inc., Summit Healthcare Management, Inc., Daryl Priest, Nicholas Priest, and Travis Lyon* |

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-8181

7334289.1

3   Case No. 3:21-cv-01417-BEN-KSC
NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

| | |
|---|---|
| Jesse Adriance<br>Neil, Dymott, Frank, McCabe & Hudson<br>110 West A Street<br>Suite 1200<br>San Diego, CA 92101<br>619-238-2247<br>jadriance@neildymott.com | *Attorneys for Defendants Marlene Thompson, D.D.S., and Marlene Thompson, D.D.S., Inc.* |
| Keith H. Rutman, Esq.<br>Attorney at Law<br>501 West Broadway, Suite 1650<br>San Diego, CA. 92101-3541<br>Telephone: 619-237-9072<br>Tel: 619-347-5470<br>krutman@krutmanlaw.com | *Attorneys for Defendants W.A. Stephan, A Dental Corporation, Waleed Stephan, DDS, Mercelo Toledo D.D.S. and Marcelo Toledo, D.D.S., Inc.* |
| LeRoy George Siddell<br>Law Office of George Siddell<br>2323 Broadway<br>Suite 104<br>San Diego, CA 92102<br>Tel: 619-231-3991<br>attorneysiddell@yahoo.com | *Attorneys for Defendant Diana Thompson* |
| Marcus S. Bourassa<br>Timothy A. Scott<br>McKenzie Scott PC<br>1350 Columbia Street<br>Suite 600<br>San Diego, CA 92101<br>Tel: (619) 794-0451<br>mbourassa@mckenziescott.com<br>tscott@mckenziescott.com | *Attorneys for Defendant Karen Hebets* |
| Matthew J. Faust<br>Khodadad Darius Sharif<br>Sharif Faust Lawyers, Ltd.<br>600 B Street, Suite 2490<br>San Diego, California 92101<br>Tel: (619) 233-6600<br>faust@shariffaust.com<br>sharif@shariffaust.com | *Attorneys for Defendants Ness Dental Corporation and Douglas Ness, DDS* |
| Michael Gregory Freedman<br>The Freedman Firm<br>10100 Santa Monica Boulevard<br>Suite 300<br>Los Angeles, CA 90017<br>Tel: 310-285-2210<br>michael@thefreedmanfirm.com | *Attorneys for Defendants Dennis Nourse, Harry Ilsley, Mike Hickok, and Chuck Kimball* |

4    Case No. 3:21-cv-01417-BEN-KSC
NOTICE OF MOTION & MOTION TO CONSOLIDATE CASES;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

7334289.1

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-8181

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Michael Karl Pazdernik<br>Adams & Corzine<br>A Professional Corporation<br>740 Oak Avenue Pky, Suite 120<br>Folsom, California 95630<br>Tel: (916) 983-3900<br>mpazdernik@aclawyers.com | *Attorneys for Defendant Mohammed Altekreeti, DDS* |
| 5<br>6<br>7<br>8<br>9 | Mitchell J. Popham<br>William Mullen<br>David Rutan<br>Locke Lord LLP<br>300 S. Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>Tel: (213) 485-1500<br>mpopham@lockelord.com<br>william.mullen@lockelord.com<br>David.rutan@lockelord.com | *Attorneys for Defendants The Hebets Company and James Hebets* |
| 10<br>11<br>12 | Mikia Brayton Wallis<br>P.O. Box 2023<br>Julian, CA 92036<br>Tel: 760-239-1619<br>mikia@mbwallislaw.com | *In Pro Per* |
| 13<br>14<br>15<br>16 | Quintin G. Shammam, Esq.<br>Law Offices Of Quintin G. Shammam<br>2221 Camino Del Rio South, Suite 207<br>San Diego, CA 92108<br>Tel: (619) 444-0001<br>Quintin@shammamlaw.com | *Attorneys for Defendants Aldairi DDS, Inc., and Husam E. Aldairi, DDS* |
| 17<br>18<br>19<br>20<br>21 | Shireen Matthews<br>Alyssa Moscrop<br>Jones Day<br>4655 Executive Drive<br>Suite 1500<br>San Diego, CA 92121-3134<br>Tel: (858) 314-1200<br>amoscrop@jonesday.com<br>shireenmatthews@jonesday.com | *Attorneys for Defendants Hawatmeh Dental Group, P.C. and Ayed Hawatmeh, DDS* |
| 22<br>23<br>24<br>25 | Thomas P. Bleau<br>Ramshin Daneshi<br>Bleau Fox, a P.L.C.<br>2801 W. Empire Ave.<br>Burbank, CA 91504<br>Tel: (818) 748-3434<br>tbleau@bleaufox.com<br>rdaneshi@bleaufox.com | *Attorneys for Defendants Alborz Mehdizadeh, Inc., New Millennium Dental Group of Aram Arakelyan, Inc., Alborz Mehdizadeh, DDS, Aram Arakelyan, DDS, and Jilbert Bakramian, DDS* |

26
27
28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067
TEL (310) 551-8111 • FAX (310) 551-8181

7334289.1