# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; et al.,<br><br>Defendants. | Case No.: 21-cv-01417-BEN-KSC<br><br>**ORDER GRANTING APPROVAL OF REQUEST FOR SUBSTITUTION OF ATTORNEY**<br><br>[ECF No. 50] |

Before the Court is Defendants DRP Holdings, LLC; Inland Valley Investments, LLC; Promenade Square, LLC ("Defendants") Request for Approval of Substitution of Attorney. ECF No. 149. Defendants having complied with Civil Local Rule 83.3(f)(2), the Court GRANTS the Request for Approval.

The following attorneys will withdraw as counsel of record for the Defendants referenced above: Jeffrey B. Harris, State Bar No. 202422, email jharris@klhlawyers.com, John Shepherd Kyle, State Bar No. 199196, email jkyle@klhipbiz.com, and Laura Kimberly Gantney, State Bar No. 199297, email lgantney@klhipbiz.com of Kyle Harris

LLP located at 2305 Historic Decatur Rd., Suite 100, San Diego, California 92106 and reachable at telephone 619-851-6718.

Defendants' new counsel of record will be Eric J. Beste, State Bar No. 226089, email eric.beste@btlaw.com, Andrew P. Young, State Bar No. 326540, email andrew.young@btlaw.com, Allison Rego, State Bar No. 272840, email arego@btlaw.com, all of the firm of Barnes & Thornburg LLP, located at 655 W Broadway, Suite 1300, San Diego, California 92101, and reachable at telephone number 619-321-5000, and Brian Nguyen, State Bar No. 336704, email brian.nguyen@btlaw.com, of Barnes & Thornburg LLP, located at 2029 Century Park East, Suite 300, Los Angeles, California 90067.

The Clerk of Court shall update the docket to reflect the above substitution.

**IT IS SO ORDERED**.

Date: April 21, 2023

_____
Hon. Judge Roger T. Benitez