| | |
|---|---|
| 1 | **BARNES & THORNBURG LLP**<br>Eric J. Beste (SBN 226089) |
| 2 | eric.beste@btlaw.com<br>Andrew Young (SBN 326540) |
| 3 | andrew.young@btlaw.com<br>Allison Rego (SBN 272840) |
| 4 | arego@btlaw.com<br>Andrew J. Galvin (SBN 261925) |
| 5 | Andrew.Galvin@btlaw.com<br>655 West Broadway, Suite 1300 |
| 6 | San Diego, CA 92101<br>Telephone: (619) 321-5000 |
| 7 | Facsimile:  (310) 284-3894 |
| 8 | Brian Nguyen (SBN 336704)<br>brian.nguyen@btlaw.com |
| 9 | 2029 Century Park East Suite 300<br>Los Angeles, CA  90067 |
| 10 | |
| 11 | *Attorneys for Defendants,*<br>*DRP HOLDINGS, LLC; INLAND* |
| 12 | *VALLEY INVESTMENTS, LLC;*<br>*PROMENADE SQUARE, LLC* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 17 | BORREGO COMMUNITY HEALTH FOUNDATION, a California non-profit public benefit corporation, | **CASE NO.  3:21-CV-01417-BEN-KSC** |
| | | **NOTICE OF APPEARANCE OF ANDREW J. GALVIN AS COUNSEL OF RECORD FOR DEFENDANTS** |
| | Plaintiff, | |
| | v. | |
| | INLAND VALLEY INVESTMENTS, LLC, a California limited liability company; DRP HOLDINGS, LLC, a California limited liability company; PROMENADE SQUARE, LLC, a California limited liability company; and DOES 1 through 50, inclusive, | Hon. Roger T. Benitez |
| | Defendants. | |

**TO THE CLERK OF THE COURT AND ALL INTERESTED PARTIES:**

Notice is hereby given that the undersigned counsel, Andrew J. Galvin, who is admitted to practice in this Court, appears as counsel of record for Defendants DRP Holdings, LLC; Inland Valley Investments, LLC; Promenade Square, LLC in this matter. Effective immediately, please add the undersigned counsel as an attorney to be noticed on all matters at the following address and email:

Andrew J. Galvin
**BARNES & THORNBURG LLP**
2655 W Broadway, Suite 1300
San Diego, CA  92101
Telephone:  (619) 321-5000
Email:     andrew.galvin@btlaw.com

Dated:  April 21, 2023

**BARNES & THORNBURG LLP**

By: */s/ Andrew J. Galvin*
Andrew J. Galvin
Attorneys for Defendants
DRP HOLDINGS, LLC; INLAND VALLEY INVESTMENTS, LLC; PROMENADE SQUARE, LLC