**TIMOTHY A. SCOTT,** SBN 215074
**MARCUS S. BOURASSA,** SBN 316125
McKenzie Scott PC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
email: tscott@mckenziescott.com
          mbourassa@mckenziscott.com

Attorneys for Karen Hebets

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION,<br><br>    Plaintiff,<br><br>vs.<br><br>INLAND VALLEY INVESTMENTS, LLC, et al.<br><br>    Defendant. | Case No.: 3:14-cv-01417-BEN<br><br>Response and Joinder in Opposition to Plaintiff's Motion to Consolidate<br><br>Hon. Roger T. Benitez |

Karen Hebets[1], through counsel, hereby joins defendants' opposition (dk. 58) to plaintiff's motion to consolidate this lease-litigation (21-cv-1417-BEN) with case number 22-cv-1056-BEN.

---

[1] Ms. Hebets is not a party in the above-captioned matter. Rather she is named as a defendant in 22-cv-1056, the case with which plaintiff hopes to consolidate this matter. Since plaintiff did not file the motion to consolidate or a copy thereof in case number 22-cv-1056, it is not clear which other defendants in that matter oppose consolidation, if any. Ms. Hebets takes the unusual step of filing her opposition here

1

Insofar as the Court considers consolidation, it should resolve defendants' motions to dismiss in both cases first. Whatever overlapping issues could exist, and plaintiff has not identified *any*, they can only be diminished if claims are dismissed. At present, the litigants and Court cannot discern which of plaintiff's hundreds of claims against dozens of defendants are adequately alleged (if any).

Ultimately, as will be set forth in Ms. Hebets's forthcoming motion to dismiss in case number 22-cv-1056-BEN, the few allegations against her do not state a claim for relief. Plaintiff evidently hopes to obscure that reality by use of voluminous, conclusory allegations and group pleading. However, those fatal flaws in plaintiff's amended complaint in that matter do not entitle plaintiff to consolidation of still more unrelated claims into a single action.

For these reasons and those already asserted in defendants' earlier-filed opposition (dkt. 58), the motion to consolidate (dkt. 52) should be denied.

Dated: May 8, 2023

*s/ Marcus S. Bourassa*
MARCUS S. BOURASSA
McKenzie Scott PC
Attorneys for Karen Hebets

---

as a means of lodging her opposition while also highlighting this additional procedural defect in plaintiff's motion.